**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02238-LTB

JOE M. TONEY, JR.,

    Applicant,

v.

D. A. BERKEBILE, Warden,

    Respondent.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    The Motion to Stay and Request for an Evidentiary Hearing (ECF No. 14) that Applicant filed *pro se* on September 30, 2014, is DENIED as moot. This case was dismissed on September 24, 2014 (ECF No. 12) and a judgment (ECF No. 13) entered on the same day. This case is closed. Filings will not be addressed after the dismissal of a case.

Dated: October 1, 2014